Re: Petition for Discretionary

Dear, clerk                    11-7-15

   Im writing you to inform that my address
has changed from Ware unit P.O. Box 2500
Colorado city, Texas 79512 to stiles unit 3060
FM 3514 Beaumont, Texas 77706. Please make note
I was transfered from Ware unit on 10-26-15
and remained in transit untill 11-04-15. The
above referenced Petition for Discretionary review
is for Devon Stiff V. STATE Tr. Ct. No. F06-19538-W
COA No. 05-13-01471-CR  PD-1046-15. Your
assistance in bringing this to the courts
attention is deeply appreciated thank you

                              Respectfully

                              Devon Stiff #1892905
                              Stiles Unit
                              3060 FM 3514
                              Beumont, Texas
                              77706

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 12 2015

Abel Acosta. Clerk